UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | *   Case No. 1:25-mj-2907-DRM |
| **ERIK LEE MADISON** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO DETENTION

Mr. Erik Madison, through counsel, hereby consents to detention without prejudice to his ability to request a prompt hearing to set appropriate conditions of release.

Respectfully submitted,

JIM WYDA
Federal Public Defender
District of Maryland

/s/
Maggie Grace (#29905)
Christina Wong (NY #5528146)
Assistant Federal Public Defenders
Federal Public Defenders Office
100 South Charles, Tower II, 9th Floor
Baltimore, MD 21201
410-962-3962
Maggie_grace@fd.org
Christina_wong@fd.org